# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

STATE OF DELAWARE,        :

                         :    ID No. 9807019438

v.                     :    In and for Kent County

                         :

CATHERINE W. CULP,    :

                         :

      Defendant.      :

## ORDER

The Court is in receipt of the State's Motion to Reargue Defendant Culp's Motion for Modification decided by the Court on April 18, 2016.

The State's bases for reconsideration do not reflect anything not previously and carefully considered by the Court in said April 18, 2016 decision and Order.

Accordingly, the State's Motion to Reargue is ***denied***.

**SO ORDERED** this 26th day of April, 2016.

/s/ Robert B. Young

_____

J.

RBY/dsc

oc:    Prothonotary

cc:    Jason C. Cohee, Esquire

       William T. Deely, Esquire